## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-160 (JRTT/RLE) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| RICKY CLAYTON DEWOLF, | |
| Defendant. | |

Tracy Perzel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

George Rapaich, **RAPAICH LAW OFFICE**, 325 Cedar Street, Suite 300, St. Paul, MN 55101, for defendant.

This matter comes before the Court on the Government's motion to seal document [Docket No. 44]. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that the Government's motion to seal document is **GRANTED**.

DATED: July 31, 2009
at Minneapolis, Minnesota

                                                                      s/John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                        United States District Judge